# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Christopher Rabb Finn                    Cr.: 17-00336-001
                                                           PACTS#. 53339

Name of Sentencing Judicial Officer:     THE HONORABLE GLEN E. CONRAD

Name of Assigned District of
New Jersey Judicial Officer:             THE HONORABLE JOHN MICHAEL VAZQUEZ

Name of ReNew Court Judicial             THE HONORABLE  MADELINE COX ARLEO
Officer:

Date of Original Sentence: 06/12/2009

Original Offense: 21:846=CD.F, 21:841B=ND.F; Conspiracy to Distribute Controlled
Substance, Narcotics - Sell - Distribute - Or Dispense

Original Sentence: 120 months imprisonment, 60 months supervised release

Special Conditions: Drug Treatment, Substance Abuse Testing, Search/Seizure, Fine, Special
Assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/14/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number** **Nature of Noncompliance**

1       According to a Newark Police incident report, on January 16, 2018, Finn threatened his ex-girlfriend several times after she decided to end their relationship. It's alleged that Finn threatened to kill her, came to her house uninvited on multiple occasions, and called her repeatedly after she told him she did not want to speak to him anymore. Although no criminal charges were filed on this date, the offender was issued a Temporary Restringing Order (TRO).

      On January 16, 2018, during ReNew Court, Finn stated he was aware of this TRO and was directed by probation and Your Honor not to have contact with his ex-girlfriend.

      On January 23, 2018, probation received a return call from Finn's ex-girlfriend who indicated the offender has been continuing to call her since the TRO was issued on January 16, 2018 (sometimes over 30 times in a day), and appeared at her residence uninvited, while she was not home, wearing a ski mask on January 20, 2018. On January 23, 2018, probation met with the offender, who admitted to this conducted, but stated he was invited to her residence on January 20, 2018. Probation once again told Finn not to have contact with his ex-girlfriend and informed the offender that by doing so he would be violating the condition of supervision which states, "the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

2       On January 23, 2018, Finn provided a urine sample which appeared to be positive for the use of marijuana on a 10 panel instant test. Finn provided another sample on this date which was sent to the laboratory for a confirmation test. He denied any drug use, and stated he was around his friends who smoked marijuana in his presence. PO informed the offender that this is a violation of the condition of supervision which states, "the defendant shall not associate with any persons engaging in criminal activity."

**U.S. Probation Officer Action:**

On January 23, 2018, Finn was once again directed by the undersigned officer not to have contract with his ex-girlfriend. Additionally, on January 23, 2018, mental health clinician Carol Parker was contacted and agreed to call the offender to conduct phone counseling and schedule an appointment for him for January 26, 2018. Probation also contacted Finn and directed him to speak with Ms. Parker.

Probation shall continue to have contact with the Newark Police Department and the offender's ex-girlfriend to confirm his compliance with the TRO and the conditions of supervision.

Probation recommends withholding Court action at this time and addressing this noncompliance during our next ReNew Court session. If probation learns of further non-compliance, including Finn attempting to make contact with his ex-girlfriend while a TRO remains active, Your Honor will be advised and probation will recommend Court Action.

Respectfully submitted,

By: Kevin P. Egli
Senior U.S. Probation Officer
Date: 01/24/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/25/18
_____
Date